*June 18, 1928.*

ESTATE OF BERNDT.

For the appellants: *L. A. Schweichler* of Milwaukee.
For the respondents: *Ernst von Briesen* of Milwaukee.

*By the Court.*—Judgment affirmed.

KUEHLTHAU, Respondent, vs. WISCONSIN TELEPHONE COMPANY, Appellant.

For the appellant: *Powell & Sprowls* of Superior and *Schoetz, Williams & Gandrey* of Milwaukee.
For the respondent: *Dietrich & Daley* of Superior.

*By the Court.*—Judgment affirmed.

KING, Respondent, vs. DE MOSS and another, Appellants.

For the appellants: *Cadigan & Cadigan* of Superior and *Schoetz, Williams & Gandrey* of Milwaukee.
For the respondent: *Dietrich & Daley* of Superior.

*By the Court.*—Judgment affirmed.